*Judge Berman*

Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

08 CV 6573

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

RECEIVED
JUL 2 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

ABKCO MUSIC, INC.,                          Case No.:

                                Plaintiff,

                                            **COMPLAINT**

        -against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC GROUP,
UNIVERSAL MUSIC GROUP RECORDINGS,
INC., YOUNG MONEY PUBLISHING INC.,
WARNER-TAMERLANE PUBLISHING CORP.,
WARNER/CHAPPELL MUSIC, INC., and EMI
MUSIC PUBLISHING,

                                Defendants.

-----------------------------------------------------x

        Plaintiff, ABKCO MUSIC, INC. ("ABKCO"), by its attorneys, MICHAEL B.

KRAMER & ASSOCIATES, upon information and belief (except as to the allegations regarding

Plaintiff and the rights it asserts herein) alleges for its complaint against Defendants, DWAYNE

MICHAEL CARTER, JR. p/k/a LIL WAYNE ("Lil Wayne"), NICHOLAS MARK WARWAR

p/k/a STREETRUNNER ("Streetrunner"), JASON DESROULEUX ("Desrouleux"), CASH

MONEY RECORDS, INC. ("Cash Money"), UNIVERSAL MOTOWN REPUBLIC GROUP

("Universal Motown"), UNIVERSAL MUSIC GROUP RECORDINGS, INC. ("UMG

Recordings"), YOUNG MONEY PUBLISHING INC. ("Young Money"), WARNER-

TAMERLANE PUBLISHING CORP. ("WP Publishing"), WARNER/CHAPPELL MUSIC,

INC. ("WC Music"), and EMI MUSIC PUBLISHING ("EMI") (collectively referred to as the

"Defendants") as follows:

### NATURE OF ACTION

1.     Plaintiff, ABKCO, is a music publishing company founded by legendary

businessman and manager Allen Klein, which has for almost fifty (50) years been one of the

most significant and successful independent music publisher in the world.  Amongst the vast

catalogue of compositions which ABKCO owns are most of the many classic songs written by

Mick Jagger and Keith Richards of The Rolling Stones, including "[I Can't Get No]

Satisfaction", "Jumpin' Jack Flash", "You Can't Always Get What You Want" and "Gimme

Shelter", as well as the entire Sam Cooke catalogue which includes "You Send Me", "Wonderful

World", "Another Saturday Night" and "A Change Is Gonna Come".

2.     ABKCO is the owner of the United States copyright (and all copyright

throughout the World) in and to the rock n' roll classic musical composition, "Play with Fire"

(the "Composition"), written by the five original members of The Rolling Stones[1], one of the

most celebrated bands in the world.  The Rolling Stones have over the past forty (40) years sold

more than 200 million albums worldwide.  In 1986, they were presented with a Grammy

---

[1]  Mick Jagger, Keith Richards, Brian Jones, Charlie Watts and Bill Wyman who  used the *nom de plume,* "Nanker

G:\MBKA\ABKCO\Lil Wayne\Pleadings\complaint v2.rtf                                                                    2

Lifetime Achievement Award. In 1989 The Rolling Stones were inducted into the Rock and Roll Hall of Fame, and in 2004 they were ranked number 4 in *Rolling Stone* magazine's 100 Greatest Artists of All Time.

3.    The Composition itself has had continuous exposure and radio play since it was written, recorded and released by The Rolling Stones and ABKCO's affiliated company, ABKCO Records, in 1965. The Composition was originally released as the b-side to its album mate, "The Last Time", and was later included on the 1965 album *Out of Our Heads*. It was also featured prominently on the 1971 collection *Hot Rocks*, as well as *Singles Collection: The London Years* and closing the U.S. version of the 1966 collection *Big Hits (High Tide and Green Grass)*. The song was performed live during The Rolling Stones' tours of 1965 and 1966 before being revived for the 1989-1990 Steel Wheels/Urban Jungle Tour. The Composition was recently featured in the 2007 film *The Darjeeling Limited* and appeared on the soundtrack album. ABKCO has also issued synchronization licenses for the Composition for *Shoot The Moon* (1982), *The Heidi Chronicles* (1989), *The Lips of Mick Jagger* (1997), *Time's Up* (2001), and *American Dreams* (2005). The Composition has earned over one million dollars ($1,000,000) in income for ABKCO and the writers and has been embodied on recordings that have sold in excess of 20 million units worldwide.

4.    Plaintiff brings this action for, *inter alia*, copyright infringement, declaratory judgment under the Copyright Act of the United States, and violation of the Lanham Act in connection with a certain musical composition and recording, entitled "Playing With Fire"

---

Phelge" as their d/b/a.

(the "Infringing Work") which is contained on the recently released album *Tha Carter III* (the "Infringing Album") by the performing artist Lil Wayne.

5.      Defendants have willfully and deliberately released and began selling and distributing directly to the public the Infringing Work which is a clear derivative of the Composition with the original lyrics and music of the Composition altered but recognizable, and upon information and belief have also performed their derivative of ABKCO's copyrighted musical composition.

6.      Upon information and belief, despite notice that their actions constituted copyright infringement, Defendants continue to make, distribute and publicly perform copies of the Infringing Work.

7.      By this action, Plaintiffs seek judgment: (a) Declaring that Defendants' unauthorized creation and/or distribution of the Infringing Work willfully infringed Plaintiff's copyrights in and to the Composition in violation of the Copyright Act; (b) For a preliminary and permanent injunction enjoining Defendants and their respective agents, employees, officers and directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therewith, from further infringement of Plaintiff's copyrights in the Composition, including but not limited to the sale and distribution of the Infringing Work and the Infringing Album; (c) Ordering that the Defendants deliver up for destruction all copies or phonorecords containing the Infringing Work which have been made or used in violation of the Plaintiff's exclusive rights, and of all masters or other articles by means of which such copies or phonorecords may be reproduced; (d) Awarding Plaintiff, at its election, either (i) actual damages and the profits derived by Defendants as a result of their infringing activities, pursuant

to 17 U.S.C. § 504(b), or (ii) statutory damages in the maximum amount of $150,000 with respect to the Composition, pursuant to 17 U.S.C. § 504(c);  (e) Declaring that Defendants' actions constitute a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A), with damages to be determined at trial; (f) Declaring that Defendants' actions constitute a violation of state and common law unfair competition and misappropriation, with damages to be determined at trial; (g) For an accounting, the imposition of a constructive trust and restitution and disgorgement of Defendants' unlawful profits and benefits obtained as a result of their misappropriation and unfair competition and damages according to proof;

(h) For punitive and exemplary damages in such amount as may be awarded at trial;  (i) For prejudgment interest according to law; and (j) Awarding Plaintiffs their attorneys' fees and full costs pursuant to 17 U.S.C. §505.

## JURISDICTION AND VENUE

8.     This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1367.  This Court has venue under 28 U.S.C. §§ 1391(b) and (c) and 1400(a).

## THE PARTIES

9.     Plaintiff, ABKCO is a New York corporation, with its principal place of business at 1700 Broadway, New York, New York, and is actively engaged in the business of music publishing, whereby, *inter alia*, it licenses the recording, reproduction, public performances, synchronization and distribution of musical compositions for which it either owns or controls the copyrights.

10.    Upon information and belief, Lil Wayne is a music performer, writer, and producer, and is a resident of the State of Louisiana.  Upon information and belief, Lil Wayne participated in the creation of the Infringing Work, and has performed the Infringing Work for inclusion of his recording of the Infringing Album.

11.    Upon information and belief, Streetrunner is a music performer, writer, and producer, and is a resident of the State of Florida.  Upon information and belief, Streetrunner participated in the creation of the Infringing Work.

12.    Upon information and belief, Desrouleaux is a songwriter and is a resident of the State of Florida.  Upon information and belief, Desrouleaux participated in the creation of the Infringing Work.

13.    Upon information and belief, Cash Money is a division of Universal Motown, which is in turn a division of UMG Recordings, a foreign publicly held corporation organized under the laws of the State of Delaware, and authorized to do business in New York, with offices located at 1755 Broadway, 6th Floor, New York, NY  10019.  Upon information and belief, Cash Money has at all times relevant hereto sold and/or distributed the Infringing Album, which contains the Infringing Work, in the United States and abroad.

14.    Upon information and belief, Universal Motown is a division of UMG Recordings, a foreign publicly held corporation organized under the laws of the State of Delaware, and authorized to do business in New York, with its offices located at 1755 Broadway, 6th Floor, New York, NY  10019.  Upon information and belief, Universal Motown has at all times relevant hereto sold and/or distributed the Infringing Album, which contains the Infringing Work, in the United States and abroad.

15.    Upon information and belief, UMG Recordings is a foreign publicly held corporation organized under the laws of the State of Delaware, and authorized to do business in New York, with its offices located at 1755 Broadway, 6th Floor, New York, NY 10019.  Upon information and belief, UMG Recordings has at all times relevant hereto sold and/or distributed the Infringing Album, which contains the Infringing Work, in the United States and abroad.

16.    Upon information and belief, Young Money is a division of WP Publishing, which is in turn a division of WC Music, a foreign publicly held corporation organized under the laws of the State of Delaware, and authorized to do business in New York, with its offices located at 75 Rockefeller Plaza, 30th Floor, New York, New York.  Upon information and belief, Young Money has, at all times relevant hereto, purported to be the owner of all or a portion of the Infringing Work and has created, sold, licensed and otherwise commercially exploited the Infringing Work in the United States and abroad.

17.    Upon information and belief, WP Publishing is a division of WC Music, a foreign publicly held corporation organized under the laws of the State of Delaware, and authorized to do business in New York, with its offices located at 75 Rockefeller Plaza, 30th Floor, New York, NY 10019.   Upon information and belief, WP Publishing has, at all times relevant hereto, purported to be the owner of all or a portion of the Infringing Work and has created, sold, licensed and otherwise commercially exploited the Infringing Work in the United States and abroad.

18.    Upon information and belief, WC Music is a foreign publicly held corporation organized under the laws of the State of Delaware, and authorized to do business in New York, with its offices located at 75 Rockefeller Plaza, 30th Floor, New York, New York.

Upon information and belief, WC Music has, at all times relevant hereto, purported to be the owner of all or a portion of the Infringing Work and has created, sold, licensed and otherwise commercially exploited the Infringing Work in the United States and abroad.

19.    Upon information and belief, EMI Publishing is a foreign publicly held corporation organized under the laws of the United Kingdom, and authorized to do business in New York, with its offices located at 75 Ninth Avenue, 4th Floor, New York, New York.  Upon information and belief, EMI Publishing has, at all times relevant hereto, purported to be the owner of all or a portion of the Infringing Work and has created, sold, licensed and otherwise commercially exploited the Infringing Work in the United States and abroad.

## **BACKGROUND FACTS**

20.    ABKCO has invested and continues to invest substantial sums of money, time, effort and creative talent to create, promote, license and otherwise exploit its extremely valuable and irreplaceable catalogue of musical compositions including the Composition.  Over the years ABKCO has paid millions of dollars in royalties to its writers and has steadfastly protected its interests and the interests of its writers in ABKCO's musical compositions, including the Composition.  ABKCO has carefully ensured that the uses of its musical catalogue reflect well on itself and the writers whose legacy is often dependant on protecting those compositions.  ABKCO has incurred millions of dollars in legal expense in prosecuting actions against unauthorized users such as digital download pirates who have sought to profit from the efforts of ABKCO and ABKCO's writers without approval and/or required compensation. ABKCO and its writers are compensated for their creative effort and monetary investments

largely from revenues attributable to (i) the manufacture or digital downloads of phonorecords to the public, (ii) the public performance of the compositions and (iii) license fees from the grant of so-called synchronization licenses for the use of compositions in commercials and motion pictures. The reputation of ABKCO as a first class music publisher and the duty that ABKCO has to its writers to protect their creations and their reputations require ABKCO's vigilance in prohibiting third parties such as Defendants from tarnishing those creations and reputations with unauthorized appropriations, alterations and exploitations of ABKCO's compositions.

21.     ABKCO is the copyright owner or owner of exclusive rights under United States copyright with respect to the Composition. ABKCO has received a Certificate of Copyright Registration from the Register of Copyrights for "Play with Fire," a true and correct copy of which is attached hereto as Exhibit "A."

22.     On or about October 1, 2007, ABKCO was contacted by a representative (Carlos Hudgins) from EMI requesting that its writer/producer, Streetrunner, be authorized to use a sample of the words and music of the Composition in a mostly "instrumental" recording entitled "Don't Play" to be embodied on the Infringing Album (the "Instrumental Version"). ABKCO was supplied with a copy of the Instrumental Version which contained, in the introduction and at the finale, the sampling of the famous chorus of the Composition performed on the Instrumental Version by Betty Wright.

23.     On or about October 2, 2007, ABKCO agreed to authorize the Instrumental Version for use in the Infringing Album on the express condition that the copyright Instrumental Version, which would be a derivative of the copyrighted Composition would be assigned to ABKCO.

24.    On or about October 12, 2007, ABKCO sent to Streetrunner and to Carlos Hudgins of EMI an "Agreement and Assignment of Copyright" regarding the Instrumental Version (the "Instrumental Agreement"). ABKCO never received any word from the recipients and the Instrumental Agreement was never executed or returned.

25.    On, or about January 12, 2008, ABKCO contacted EMI regarding the status of the Instrumental Agreement. EMI never responded. Instead, on February 11, 2008, EMI contacted ABKCO proposing a new derivative work containing highly explicit and offensive lyrics (the "February 11th Version"). The February 11th Version, like the Instrumental Version contained substantial portions of the lyrics and music of the Composition at the beginning and the end but, instead of a purely instrumental section in between the uses of the Composition, the February 11th Version contained highly explicit, sexist and offensive lyrics performed by the Defendant Lil Wayne.

26.    Immediately upon review of the new derivative work, ABKCO rejected the use of the Composition in the February 11th Version, as ABKCO would not want ABKCO or its writers associated with such offensive and explicit lyrics and vile content. ABKCO's sent its denial to EMI via email within fifteen (15) minutes of receiving the February 11th Version. A copy of EMI's email and ABKCO's response is attached hereto as Exhibit "B."

27.    ABKCO received no further communication from any of the Defendants.

28.    On June 10, 2008, the Infringing Album was released containing the Infringing Work performed by Lil Wayne and Betty Wright and with the writers credited as "D. Carter, N. Warwar and J. Desrouleux". Amongst the music publishers of the Infringing Work listed are the Defendants Young Money and Warner-Chappell Music. A copy of the liner notes

to the Infringing Album are attached hereto as Exhibit "C.".  The Defendants, or some of them, made a poor attempt to hide their obvious use of the Composition in the Infringing Work by making some changes to the lyrics and music in the introduction and at the end.  The middle remained the same as the February 11th Version with the offensive lyrics performed by Lil Wayne.  A copy of the lyrics of the Infringing Composition are annexed as Exhibit "D".

29.    ABKCO only learned of the existence of the Infringing Work upon discovering a review of the release of the Infringing Album, which contained the Infringing Work.  Significantly, the review, published by the Chicago Sun Times, not only mentioned the Infringing Work as "Streetrunner's re-invention of The Rolling Stones' 'Play With Fire,'" but also commented that the Composition is "wasted on a Lil Wayne lyric that seems to have been devoted to being as inanely sexist as possible."  A copy of the complete article is attached hereto as Exhibit "E".

30.    Anthony Ricigliano, a noted musicologist, was immediately retained to provide his expert opinion.  A copy of his preliminary report is attached hereto as Exhibit "F".  Critically, Mr. Ricigliano report goes so far as to conclude that, upon review of the Infringing Work, the similarity is apparent to even a layperson's ear.

31.    Further, even to a layperson, portions of the lyrics of the Infringing Work are clearly derivations of the original lyrics to the Composition[2].

---

[2] The following is a comparison of the lyrics of the Composition and the Infringing Work presented side by side. Both of these verses are the first to be sung in each work.

32.    ABKCO has the exclusive rights to, *inter alia*, produce derivative works based on the Composition and to distribute such derivative works to the public.    Upon information and belief, Defendants, and each of them, have made, copied, reproduced and/or distributed the Infringing Work, which is an unlawful derivative work, and made the Infringing Work available for unlawful and unauthorized distribution and performance to the public.

33.    Upon information and belief, Defendants have intentionally and deliberately created and distributed the Infringing Work without authorization because they knew that that they would be unable to secure such permission from ABKCO.

34.    Upon information and belief, members of the consuming public are likely to believe that the Composition was properly authorized by ABKCO and/or ABKCO's writers, the individual members of The Rolling Stones.

35.    Further, Defendant's creation and distribution of the Infringing Work will likely cause the public to believe that ABKCO and The Rolling Stones have given their approval, authorization and endorsement of the explicit, sexist and offensive language featured in the lyrics of the Infringing Work.

| The Composition | The Infringing Work |
|---|---|
| *[ Verse 1 ]*<br>Well, you've got your diamonds and you've got your pretty clothes<br>And the chauffeur drives your car<br>You let everybody know<br>But don't play with me, cause you're playing with fire | *[ Intro ]*<br>So you've got so ma-ny diamonds,<br>You wear all the finest clothes,<br>And your grill is shining<br>As you're driving down the streets of gold,<br>But you can't, blame, me if I set this stage on fire |

36.     Defendants engaged and continue to engage in the business of knowingly and systematically participating in, facilitating, materially contributing to, and encouraging the unauthorized distribution and performance of the Infringing Work.

37.     Prior to creating and/or distributing the Infringing Work, Defendants were fully aware that the Infringing Work would infringe the copyrights of the Composition.

38.     The Defendants knowingly made the Infringing Work available to the public, without seeking or obtaining any license or other authorization from ABKCO to make distributions and/or performances of the Infringing Work.

## FIRST CAUSE OF ACTION
### (Copyright Infringement)

39.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1 - 38 as if fully set forth herein.

40.     At all relevant times, ABKCO is and has been the rightful owner of the copyrights to and in the Composition.

41.     The original filing for the Composition was made with the United States Copyright Office at which time the deposit, application, and fee required for registration of the Composition pursuant to 17 U.S.C. §§ 408, 409 and Copyright Registration EU0000874314 was issued on March 16, 1965.  Copyright in and to the Compostion was renewed on December 13, 1993 with Registration No. RE0000662376.  See Exhibit "A."

42.     Defendants have no license or any other form of permission to create a derivative work or otherwise claim copyright ownership in the Composition or to sell or distribute any derivative of the Composition.

43.     Defendants have altered the lyrics and changed the music of the Composition, creating a derivative work.   The Infringing Work is not a cover of the Composition, and therefore is not applicable to statutes concerning compulsory licenses.

44.     Defendants have infringed ABKCO's copyright in the Composition, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501, by copying, publishing and distributing the Infringing Work.

45.    Defendants infringement of the copyrights in the Copyrighted Works was intentional, willful, and with full knowledge of Plaintiff's copyrights.

46.    Defendants' unauthorized exploitation of the Composition by the Infringing Work is in derogation of and injurious to ABKCO's exclusive rights as the owner of the copyright to the Composition all to ABKCO's substantial and irreparable damage.

47.    By reason of the foregoing acts of copyright infringement, ABKCO is entitled to a permanent injunction enjoining Defendants from continuing the aforesaid acts of infringement pursuant to the Copyright Act, 17 U.S.C. § 502

48.    By reason of the foregoing acts of copyright infringement, ABKCO is entitled to the impounding and destruction of all copies or phonorecords which have been made or used in violation of the ABKCO's exclusive rights, and of all masters or other articles by means of which such copies or phonorecords may be reproduced pursuant to the Copyright Act, 17 U.S.C. § 503.

49.    By reason of the foregoing acts of copyright infringement, ABKCO is entitled to actual damages including all profits reaped by the Defendants as a result of their infringement pursuant to the Copyright Act, 17 U.S.C. § 504.  Alternatively, ABKCO is entitled to the maximum statutory damages pursuant to 17 U.S.C. §504(c) for each infringement. Therefore, ABKCO demands an accounting to ascertain such profits

50.    ABKCO is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. §505.

## SECOND CAUSE OF ACTION
### (Lanham Act Unfair Competition)

51.    Plaintiff repeats and realleges the allegations contained in Paragraphs 1-50 as if fully set forth herein.

52.    The Rolling Stones are world renowned artists, writers, and performers. They have been in the Rock and Roll Hall of Fame and have been presented with a Grammy Lifetime Achievement Award.  They have sold millions of album and toured extensively.  They are a household name.  ABKCO, as the owner of the copyrights of many works by the Rolling Stones, including the Composition, have expended substantial amounts of time and money to maintain the goodwill and popularity surrounding Rolling Stones songs, including the Composition.  The Composition is a well known Rolling Stones song, featured in multiple albums, movies, and on tours.

53.    ABKCO has distributed and provided goods and services in interstate commerce in connection with the Composition's goodwill and notariety, and have realized substantial income from the provision and sale of such goods and services.

54.    Defendants' exploitation of the Infringing Work is likely to cause confusion, mistake or deception by misleading consumers and the trade into believing that ABKCO licensed or otherwise authorized the use of the Composition as the origin of the derivative Infringing Work, or that the Infringing Work is otherwise endorsed by ABKCO or the Rolling Stones.

55.    Defendants' conduct is in willful and deliberate violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A) and is highly damaging to ABKCO's and The Rolling Stones' reputations, especially considering the offensive and explicit lyrics.

56.    Defendants have profited and continue to profit from their unlawful conduct and will, unless restrained, further impair ABKCO's and The Rolling Stones' goodwill and reputations, and ABKCO will suffer irreparable injury which cannot be adequately calculated or compensated solely by money damages.

57.    ABKCO has no adequate remedy at law.

58.    By reason of the foregoing,  ABKCO is entitled to a permanent injunction enjoining Defendants from continuing the aforesaid acts.

## THIRD CAUSE OF ACTION
### (Unfair Competition and Misappropriation Under State Law)

59.    Plaintiff repeats and realleges the allegations contained in Paragraphs 1-58 as if fully set forth herein.

60.    Defendants deliberately have sought to capitalize on ABKCO's, The Rolling Stones' and the Composition's reputations and goodwill in willful and wanton disregard of the ABKCO's rights therein.  Defendant's acts constitute a misappropriation of ABKCO's labor and expenditures and constitute an attempt by Defendants to trade upon the valuable reputation and tremendous goodwill of ABKCO, The Rolling Stones and the Composition.

61.    The foregoing acts and conduct of the Defendants constitute a misappropriation and invasion of the property rights of ABKCO in and to the Composition and constitute misappropriation and unfair competition under state statutory and common law.

62.    Defendants have profited and continue to profit from their unlawful conduct and will, unless restrained, further impair ABKCO's and The Rolling Stones' goodwill and reputations, and ABKCO will suffer irreparable injury which cannot be adequately calculated or compensated solely by money damages.

63.    ABKCO has no adequate remedy at law.

64.    By reason of the foregoing acts, ABKCO is entitled to a permanent injunction enjoining Defendants from continuing the such acts.

65.    Through their conduct the Defendants have acted knowingly, recklessly and with malice and the Plaintiffs are, in addition to their actual damages, by reason thereof, entitled to recover exemplary and punitive damages against Defendants.

### FOURTH CAUSE OF ACTION
#### (Accounting)

66.    Plaintiff repeats and realleges the allegations contained in Paragraphs 1-65 as if fully set forth herein.

67.    Due to the abovementioned violations of federal state and common law, ABKCO demands that the Defendants render an accounting to ascertain the amount of such profits which have been realized to such violations.

68.    As a direct and proximate result of the Defendants' misappropriation and unfair competition, the Plaintiff has been damaged, and Defendants have been unjustly enriched, in an amount to be proven at trial for which damages and/or restitution and disgorgement are appropriate.  Such damages and/or restitution and disgorgement should include a declaration by this Court that Defendants, and each of them, are constructive trustees for the benefit of Plaintiffs

and order that Defendants convey to the Plaintiff all gross receipts and benefits received or to be received that are attributable to the infringement of the Composition.

## FIFTH CAUSE OF ACTION
### (Punitive Damages)

69.    Plaintiff repeats and realleges the allegations contained in Paragraphs 1-68 as if fully set forth herein.

70.    Through their conduct the Defendants have acted knowingly, recklessly and with malice and the Plaintiff is, in addition to its actual damages, by reason thereof, entitled to recover exemplary and punitive damages against Defendants.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants as follows:

(a)    Declaring that Defendants' unauthorized creation and/or distribution of the Infringing Work willfully infringed Plaintiff's copyrights in violation of the Copyright Act;

(b)    For a preliminary and permanent injunction enjoining Defendants and their respective agents, employees, officers and directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therewith, from further infringement of Plaintiff's copyrights in the Composition, including but not limited to the sale and distribution of the Infringing Work and the Infringing Album;

(c)    Ordering that the Defendants deliver up for destruction of all copies or phonorecords which have been made or used in violation of the Plaintiff's exclusive rights, and of all masters or other articles by means of which such copies or phonorecords may be reproduced;

(d)    Awarding Plaintiff, at its election, either (i) actual damages and the profits derived by Defendants, and each of them, as a result of its infringing activities, pursuant to 17 U.S.C. § 504(b), or (ii) statutory damages in the maximum amount of $150,000 with respect to the Composition, pursuant to 17 U.S.C. § 504(c);

(e)    Declaring that Defendants' actions constitute a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A), with damages to be determined at trial;

(f)    Declaring that Defendants' actions constitute a violation of state and common law unfair competition and misappropriation, with damages to be determined at trial

(g)    For an accounting, the imposition of a constructive trust and restitution and disgorgement of Defendants' unlawful profits and benefits obtained as a result of their misappropriation and unfair competition and damages according to proof;

(h)    For punitive and exemplary damages in such amount as may be awarded at trial;

(i)    For prejudgment interest according to law; and

(j)    Awarding Plaintiff its attorneys' fees and full costs pursuant to 17 U.S.C. §505;

(k)     Granting Plaintiff such other and further relief as this Court deems just and proper.

Dated: New York, New York
     July 23, 2008

                                Respectfully submitted,

                                MICHAEL B. KRAMER & ASSOCIATES

                                By:

                                MICHAEL B. KRAMER (7071)
                                Attorneys for Plaintiff
                                *ABKCO MUSIC, INC.*
                                150 East 58th Street
                                New York, New York 10155
                                212-319-0304

Exhibit A

# CERTIFICATE OF REGISTRATIO

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**RE 662-376**

*RE000662376*

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC. 13 1993
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name ... MICK JAGGER C/O ABKCO MUSIC, INC.
   Address ... 1700 BROADWAY, NEW YORK, NY 10019
   Claiming as ... CO-AUTHOR
   (Use appropriate statement from instructions)

2. Name ... KEITH ~~RICHARD~~ & BILL WYMAN C/O ABKCO MUSIC, INC.
   RICHARDS *
   Address ... 1700 BROADWAY, NEW YORK, NY 10019
   Claiming as ... CO-AUTHORS
   (Use appropriate statement from instructions)

3. Name ... BRIAN JONES & CHARLIE WATTS C/O ABKCO MUSIC, INC.
   Address ... 1700 BROADWAY, NEW YORK, NY 10019
   Claiming as ... CO-AUTHORS
   (Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

PLAY WITH FIRE

**RENEWABLE MATTER:**

WORDS AND MUSIC

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ...........

If a periodical or other serial, give: Vol. .......... No. .......... Issue Date ..........

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

MICK JAGGER
KEITH ~~RICHARD~~ RICHARDS *
BRIAN JONES
CHARLIE WATTS
BILL WYMAN

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| EU 874314 | NANKER PHELGE MUSIC, LTD. |

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: .......... (Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: ... MARCH 16, 1965
(Month) (Day) (Year)

| EXAMINED BY: | ENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEC. 1 3 1993 | |
| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: | |

\* Amended by C.O. on authority of telephone
call to Alisa Ritz on 4/18/94.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**2**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**3**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**4**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**5**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**6**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**7**
Title of Contribution: .................
Title of Periodical: .......... Vol. .... No. .... Issue Date ....
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..... ABKCO MUSIC, INC. .............
Account Number: ....... DA0 34975 ..........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: ... ALISA RITZ
Address: C/O ABKCO MUSIC, INC, 1700 BROADWAY (Apt.)
NEW YORK, NEW YORK 10019 (ZIP)
(City) (State)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: .. RENEWAL CLAIMANT .... (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ....
Typed or printed name: .. ALISA RITZ .............
Date: ....

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

........ ABKCO MUSIC, INC. ........ (Name)
1700 BROADWAY
(Number, Street and Apartment Number)
..... NEW YORK, NEW YORK 10019 .....
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/18

Apr. 1978—500,000

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

REGISTER OF COPYRIGHTS
United States of America

**RE 648-950**

EFFECTIVE DATE OF RENEWAL REGISTRATION
**DEC 13 1993**
(Month)        (Day)        (Year)

OFFICIAL SEAL        DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name ...... MICK JAGGER C/O ABKCO MUSIC, INC.
   Address ...... 1700 BROADWAY, NEW YORK, NY 10019
   Claiming as ... CO-AUTHOR
   (Use appropriate statement from instructions)

2  Name ...... KEITH RICHARD & BILL WYMAN C/O ABKCO MUSIC, INC.
   Address ...... 1700 BROADWAY, NEW YORK, NY 10019
   Claiming as ... CO-AUTHORS
   (Use appropriate statement from instructions)

3  Name ...... BRIAN JONES & CHARLIE WATTS C/O ABKCO MUSIC, INC.
   Address ...... 1700 BROADWAY, NEW YORK, NY 10019
   Claiming as ... CO-AUTHORS
   (Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

PLAY WITH FIRE

**RENEWABLE MATTER:**

WORDS AND MUSIC

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work ......
If a periodical or other serial, give: Vol ......  No. ......  Issue Date ......

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

MICK JAGGER
KEITH RICHARD
BRIAN JONES
CHARLIE WATTS
BILL WYMAN

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

...... EP 296921 ......

**ORIGINAL COPYRIGHT CLAIMANT:**

ABKCO MUSIC, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:  * February 3 1972
DATE OF PUBLICATION IN NOTICE 1965
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ......
(Month)    (Day)    (Year)

**• Amended by Copyright Office**

| EXAMINED BY: | | RENEWAL APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY: | | DEC. 1 3. 1993 | | |
| DEPOSIT ACCOUNT FUNDS USED: | | REMITTANCE NUMBER AND DATE: | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see Instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

| | | |
|---|---|---|
| 1 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number: ................<br>(Month)    (Day)    (Year) | |
| 2 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number: ................<br>(Month)    (Day)    (Year) | |
| 3 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number: ................<br>(Month)    (Day)    (Year) | |
| 4 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number: ................<br>(Month)    (Day)    (Year) | |
| 5 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number: ................<br>(Month)    (Day)    (Year) | |
| 6 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number: ................<br>(Month)    (Day)    (Year) | |
| 7 | Title of Contribution: .................................................................<br>Title of Periodical: .................... Vol.......... No........... Issue Date ........<br>Date of Publication: .................... Registration Number<br>(Month)    (Day)    (Year) | |

**⑤ Renewal for Group of Works**

**DEPOSIT ACCOUNT:** (If the registration *fee* is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..... ABKCO MUSIC, INC. .........................
Account Number: ......... DAO 34975 ..............

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ... ALISA RITZ .........................
Address: ... C/O ABKCO MUSIC, INC., 1700 BROADWAY ..... (Apt)
NEW YORK, NEW YORK 10019 .........
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: RENEWAL CLAIMANT ............ (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) .........................
Typed or printed name ... ALISA RITZ .........................
Date: .........................

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

ABKCO MUSIC, INC. .........................
(Name)
1700 BROADWAY .........................
(Number, Street and Apartment Number)
NEW YORK, NEW YORK 10019 .........
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

Apr. 1978—500,000

# CERTIFICATE OF SUPPLEMENTARY
# COPYRIGHT REGISTRATION

**FORM CA**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 408 of title 17, United States Code, attests that supplementary copyright registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| PAu **1 489 708** |

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|---|---|---|---|---|---|---|---|---|

Effective Date of Supplementary Registration

March 18, 1991

| MONTH | DAY | YEAR |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

Ⓐ **Basic Instructions**

**TITLE OF WORK:**
Play With Fire

**REGISTRATION NUMBER OF BASIC REGISTRATION:**
EU 874314

**YEAR OF BASIC REGISTRATION:**
1965

**NAME(S) OF AUTHOR(S):**
Mick Jagger/Keith Richard

**NAME(S) OF COPYRIGHT CLAIMANT(S):**
Nanker Phelge Music Ltd.

---

*0369565653*   DE96956653

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION:**
Line Number . . . 3 . . . . . . . Line Heading or Description . . Authors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION:**
Mick Jagger
Keith Richard

**CORRECTED INFORMATION:**
Nanker Phelge nom de plume Mick Jagger, Keith Richards, Brian Jones, Charlie Watts and Bill Wyman

**EXPLANATION OF CORRECTION:** (Optional)
song writers names listed incorrectly see attached copy of
*songwriters agreement

---

Ⓒ **Amplification**

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED:**
Line Number . . . . . . . . . . . . Line Heading or Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**AMPLIFIED INFORMATION:**

**EXPLANATION OF AMPLIFIED INFORMATION:** (Optional)

*Songwriter Agreement not made a part of CA registration record.

PAu 1 489 708

| EXAMINED BY | | FORM CA RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | | MAR 18 1991 | | |
| CORRESPONDENCE: ☐ YES | | REMITTANCE NUMBER AND DATE: | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION: ☑ YES ☐ NO | | DEPOSIT ACCOUNT FUNDS USED: ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**CONTINUATION OF:** (Check which) ☐ PART B OR ☐ PART C

**D** Continuation

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account:

Name ...... ABKCO Music, Inc.          Account Number ...... DAO 34975

**E** Deposit Account and Mailing Instructions

**CORRESPONDENCE:** Give name and address to which correspondence should be sent:

Name ...... ABKCO Music, Inc. Att: Alisa Ritz ...... Apt. No. ......

Address ...... 1700 Broadway          New York          New York 10019
                (Number and Street)        (City)            (State)          (ZIP Code)

**CERTIFICATION** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☑ authorized agent of: ...... ABKCO Music, Inc.✱ ......
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

*successor in interest to Nanker Phelge Music, Ltd.

Handwritten signature: (X) ......

Typed or printed name ...... Alisa Ritz ......

Date: ...... 3/13/91 ......

**F** Certification (Application must be signed)

✱ 17 USC §506(e)  FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

**MAIL CERTIFICATE TO**

ABKCO Music, Inc.
(Name)
1700 Broadway
(Number, Street and Apartment Number)
New York, New York 10019
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**G** Address for Return of Certificate

Page 3



# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United State of America

**This Is To Certify** that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | **E P 296921** |
| | DO NOT WRITE HERE |

**1. Copyright Claimant(s) and Address(es):**

Name — **Abkco Music, Inc.**

Address — **1700 Broadway, New York, N.Y. 10019**

Name —

Address —

**2. Title:** **PLAY WITH FIRE**
(Title of the musical composition)

**(contained in Song Album "The Rolling Stones Hot Rocks 1964-1971")**

**3. Authors:**

1. **Mick Jagger (Nanker Phelge)**
2. **Keith Richard (Nanker Phelge)**     Citizenship: U.S.A. ——  Other **Great Britain**
   (Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

1. & 2. Domiciled in U.S.A. Yes —— No **X** Address **London, England**   Author of **words, music & Piano Arr.**
                                                               (State which: words, music, arrangement, etc.)

3. **Bill Wyman (Nanker Phelge)**     **Great Britain**
4. **Brian Jones (Nanker Phelge)**     Citizenship: U.S.A. —— Other **Great Britain**
   (Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

3. & 4. Domiciled in U.S.A. Yes —— No **X** Address **London, England**   Author of **words, music & Piano Arr.**
                                                               (State which: words, music, arrangement, etc.)

5. **Charlie Watts (Nanker Phelge)**     Citizenship: U.S.A. —— Other **Great Britain**
   (Legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes —— No **X** Address **London, England**   Author of **words, music & Piano Arr.**
                                                               (State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

**February 3, 1972***
(Month)   (Day)   (Year)

**(b) Place of Publication:**

**United States**
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes **X** No —— Date of registration **3/16/65** Registration number **Eu 874314**

Was work previously published? Yes —— No —— Date of publication ———————— Registration number ————————

Is there any substantial **NEW MATTER** in this version? Yes **X** No —— If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

**NM: New Piano Arrangement**

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

6. Deposit account:

--------------------------------------------------------------------

7. Send correspondence to:

Name **Abkco Music, Inc.**--------------------- Address **1700 Broadway, New York, N.Y.** 10019

8. Send certificate to:

(Type or print name and address)

Name **Abkco Music, Inc.**

Address **1700 Broadway (41st Floor)**
(Number and street)

**New York**        **N.Y.**        **10019**
(City)              (State)         (ZIP code)

## Information concerning copyright in musical compositions

*When to Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How to Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example: © John Doe 1969.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | ✱ In Notice: 1965 |
| One copy received | |
| Two copies received | |
| Fee received  111354 FEB 15 72 | |

U.S. GOVERNMENT PRINTING OFFICE: 1969—O—362-697        Nov. 1969—325,000        *Page 4*

VOL 1392 PAGE 96

## ASSIGNMENT OF COPYRIGHTS

In consideration of the sum of One ($1.00) Dollar and other good and valuable considerations, the receipt of which is hereby acknowledged, the undersigned does hereby sell, assign, transfer and set over unto

>Immediate Music Inc.
>1841 Broadway
>New York, New York   10023

its successors and assigns, the copyrights(s) in and to the following musical composition(s) which were written by the person(s) so indicated and all of the right(s), title(s) and interest(s) of the undersigned, vested and contingent therein and thereto for the term(s) of the copyright(s) therein.

| COMPOSITION(S) | WRITER(S) | U.S. COPYRIGHT NUMBER |
|---|---|---|
| THE LAST TIME | Jagger/Richard | EU 874313 |
| | | 314 |
| | | 887 |

**Copyright Office of the United States of America**

## THE LIBRARY OF CONGRESS
### WASHINGTON

THIS IS TO CERTIFY THAT THE ATTACHED INSTRUMENT WAS RECORDED IN THE COPYRIGHT OFFICE RECORDS OF ASSIGNMENTS AND RELATED DOCU-MENTS ON THE DATE AND IN THE PLACE SHOWN BELOW.

IN TESTIMONY WHEREOF THE SEAL OF THIS OFFICE IS AFFIXED HERETO.

*Abraham L. Kaminstein*
REGISTER OF COPYRIGHTS

caused this

y, 1966.

e Music Ltd.

Date of Recordation

8 Sep 70

Volume    Pages
1392       96

CERTIFICATION A (JUNE 1969-15,000)

6 9 0 1 5 9 2  VOL 1397 PAGE 12

ASSIGNMENT OF COPYRIGHTS

In consideration of the sum of One ($1.00)

Dollar and other good and valuable considerations,

the receipt of which is hereby acknowledged, the

undersigned does hereby sell, assign, transfer and

set over unto

Abkco Music Inc.
1700 Broadway
New York, New York 10019

its successors and assigns, the copyright(s) in and

to the following musical composition(s) which were

written by the person(s) so indicated and all of the

right(s), title(s) and interest(s) of the undersigned,

vested and contingent therein and thereto for the

term(s) of the copyright(s) therein.

| COMPOSITION(S) | WRITER(S) | U.S.COPYRIGHT NUMBER |
|---|---|---|
| THE LAST TIME | JAGGER/RICHARD | EU 874313 |
| PLAY WITH FIRE | JAGGER/RICHARD | EU 874314 |
| SOME THINGS JUST STICK IN YOUR MIND | JAGGER/RICHARD | EU 893293 |
| THE UNDER ASSISTANT WEST COAST PROMOTIONMAN | NANKER PHELGE | EU 895887 |

IN WITNESS WHEREOF, the undersigned has caused

this Assignment to be duly executed this 1st day of

April, 1970.

BY: _____
Immediate Music Inc.

Copyright Office of the United States of America
**THE LIBRARY OF CONGRESS**
WASHINGTON

THIS IS TO CERTIFY THAT THE ATTACHED INSTRUMENT WAS RECORDED IN
THE COPYRIGHT OFFICE RECORDS OF ASSIGNMENTS AND RELATED DOCU-
MENTS ON THE DATE AND IN THE PLACE SHOWN BELOW.
IN TESTIMONY WHEREOF THE SEAL OF THIS OFFICE IS AFFIXED HERETO.

Abraham L. Kaminstein
REGISTER OF COPYRIGHTS

Date of Recordation.
2Nov70
Volume        Pages
1397          12

CERTIFICATION A (JUNE 1969-15,000)

PAGE 3

## Acknowledgment of
## Receipt of a Notice of Use
### Of Copyrighted Music on Mechanical Instruments

| FORM U |
| --- |
| RECORDED IN NOTICE OF USE RECORDS |
| VOLUME 75    PAGE 193 |
| DO NOT WRITE HERE |

There has been filed in the Copyright Office a *notice of use* (as required by section 1(e) of Title 17, U.S. Code) covering the musical composition(s) listed herein. The notice was recorded in the volume and page noted in the upper right corner of this page, following its receipt on the date given in the lower left corner of page 4.

*Abraham L. Kaminstein*

REGISTER OF COPYRIGHTS
UNITED STATES OF AMERICA

**1. Name and Address of Copyright Owner:**

Name   **IMMEDIATE MUSIC, INC.**

Address   **1841 Broadway, Suite 600, New York, New York 10023**

**2. Musical Compositions Covered by Notice of Use:**

(1) Title and Author   **"I'D MUCH RATHER BE WITH THE GIRLS (Also Known as:) "I'D MUCH RATHER BE WITH THE BOYS"** by Andrew Oldham **Keith Richard**
Registration No. **EU 871742**   Year date: 19**66**

(2) Title and Author   **"HEART OF STONE"** by Mick Jagger / Keith Richard
Registration No. **EF 29752**   Year date: 19**66**

(3) Title and Author   **"THE LAST TIME"** by Mick Jagger / Keith Richard
Registration No. **EU 874313**   Year date: 19**66**

(4) Title and Author   **"PLAY WITH FIRE"** by Mick Jagger / Keith Richard
Registration No. **EU 874314**   Year date: 19**66**

(5) Title and Author   **"THE UNDER ASSISTANT WEST COAST PROMOTION MAN"** by **Nanker Phelge**
Registration No. **EU 895887**   Year date: 19**66**

(6) Title and Author   **"OFF THE HOOK"** by Mick Jagger / Keith Richard
Registration No. **EU 871745**   Year date: 19**66**

(7) Title and Author
Registration No. ............   Year date: 19......

(8) Title and Author
Registration No. ............   Year date: 19......

(9) Title and Author
Registration No. ............   Year date: 19......

*Complete all applicable spaces on next page*

3. Deposit account:

4. Send correspondence to:

Name ...... **Daniel N. Crewe** ............    Address ... **1841 Broadway, Suite 600**
                                                        **New York, New York   10023**

5. Send acknowledgment to:

(Type or Print Name and Address)

Name ....... **DANIEL N. CREWE** ......................
Address ....... **1841 Broadway, Suite 600** .......
                                   (Number and street)
**New York**        **10023**        **New York**
    (City)              (Zone)              (State)

## Information Concerning the "Notice of Use" Requirements

> NOTE.—Filing a *notice of use* on Form U is not a substitute for securing copyright protection. The *notice of use* is concerned with mechanical recording rights in musical compositions that have already been copyrighted. Form E, which may be obtained from the Copyright Office on request, should be used to secure copyright registration for a musical composition.

**When to Use Form U.** A *notice of use* on Form U should be filed by the owner of copyright in a musical composition when he has recorded his work, or licensed it for recording, on mechanical instruments such as phonograph records.

**Statutory Provisions.** The detailed *notice of use* provisions of the copyright statute may be found in sections 1 (e) and 101 (e) of Title 17, United States Code. The following is a general outline of the most important of these provisions.

**Recording Rights.** The copyright law gives the owner of copyright in a musical composition the exclusive right to make the first recording or reproduction of his composition on mechanical devices such as phonograph records, but only under certain conditions. Once the copyright owner has permitted the musical work to be recorded, any other person has a right to make recordings of the work.

—— This person may negotiate a recording contract with the copyright owner and record the composition under the terms specified in the agreement.

—— Or, he may use the "compulsory licensing" provisions of the law, which do not require him to get permission from the copyright owner.

The **"Compulsory License."** Under the "compulsory licensing" provisions of the copyright statute, any person may make recordings of a musical composition which the copyright owner has already recorded or licensed for recording, if he pays the copyright owner the royalty provided in the copyright statute and meets certain other requirements.

**The Notice of Use.** As soon as the copyright owner has recorded his musical work or licensed someone else to make the first recording, he should file a *notice of use* in the Copyright Office.

—— This *notice of use* is submitted on Form U and should be accompanied by the recording fee specified in the instructions on page 1.

—— The law provides that any failure to file such a notice shall be a complete defense to any suit, action, or proceeding for any infringement of the right to reproduce the musical composition mechanically.

**Other Points to Remember:**

—— The Copyright Office does not register claims to exclusive rights in mechanical recordings themselves or in the performances they reproduce. For this reason, phonograph records should not be sent to this office, and the *notice of use* should not contain any reference to the performance or the performers.

—— Recordings of readings of literary works, lectures, dramatic presentations, and the like, do not fall within the *notice of use* provisions of the statute.

—— Only copyrighted music should be listed in a *notice of use*. No purpose is served by including musical compositions that are not copyrighted.

—— Care should be taken that the information given on Form U is complete and accurate, since the Copyright Office does not undertake to check the stated facts.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Notice of use received<br><br>MAR 17 1966 | |
| Fee received<br>3.50<br>77822 MAR 17 '66 | |

Page 3



# Certificate 12055

## Registration of a Claim to Copyright

**In a musical composition, the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es)**

Name **NANKER PHELGE MUSIC, LTD.**

Address **23 Albemarle St., London W.1. England**

Name ........................................................................................

Address ........................................................................................

**2. Title** **"PLAY WITH FIRE"** ........................ (Title of the musical composition) ........................

**3. Authors:**

Name **Mick Jagger**     Citizenship **GREAT BRITAIN**
(Legal name followed by pseudonym if latter appears on the copies)    (Name of country)
Domiciled in U.S.A. Yes ..... No **X** Address **c/o Nanker Phelge Music**   Author of **Words & Music**
**23 Albemarle St.**    (State which; words, music, arrangement, etc.)
**London W.1. England**

Name **Keith Richard**     Citizenship **GREAT BRITAIN**
(Legal name followed by pseudonym if latter appears on the copies)    (Name of country)
Domiciled in U.S.A. Yes ..... No **X** Address **SAME**   Author of **Words & Music**
(State which; words, music, arrangement, etc.)

Name ........................................................................................   Citizenship ........................ (Name of country)
Domiciled in U.S.A. Yes ..... No ..... Address ........................   Author of ........................
(State which; words, music, arrangement, etc.)

**4. (a) Date of Publication:** ........................................................................................
       (Month)     (Day)     (Year)

**(b) Place of Publication:** ........................................................................................
            (Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration ........................ Registration number ........................

Was work previously published? Yes ..... No ..... Date of publication ........................ Registration number ........................

Is there any substantial **NEW MATTER** in this version? Yes ...... No ...... If your answer is "Yes," give a brief, general statement of the nature of the **NEW MATTER** in this version.

*Complete all applicable spaces on next page*

EXAMINER

Page 3



## Certificate

# Registration of a Claim to Copyright

in a musical composition, the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America



| FORM E FOREIGN | |
|---|---|
| CLASS | REGISTRATION NO. |
| **E** | **Eu 874314** |
| | DO NOT WRITE HERE |

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

**Register of Copyrights**
**United States of America**

---

**1. Copyright Claimant(s) and Address(es):**

Name ........ **NANKER PHELGE MUSIC, LTD.** ........

Address ........ **23 Albemarle St., London W.1., England** ........

Name ........

Address ........

**2. Title:** ........ **"PLAY WITH FIRE"** ........ (Title of the musical composition) ........

**3. Authors:**

Name ........ **Mick Jagger** ........ Citizenship ........ **GREAT BRITAIN**
(Legal name followed by pseudonym if latter appears on the copies) ........ (Name of country)

Domiciled in U.S.A. Yes .... No **X** Address ...**c/o Nanker Phelge Music** ...... Author of ... **Words & Music**
**23 Albemarle St.** ........ (State which; words, music, arrangement, etc.)
**London W.1., England**

Name ........ **Keith Richard** ........ Citizenship ........ **GREAT BRITAIN**
(Legal name followed by pseudonym if latter appears on the copies) ........ (Name of country)

Domiciled in U.S.A. Yes .... No **X** Address ... **SAME** ........ Author of ... **Words & Music**
(State which; words, music, arrangement, etc.)

Name ........ Citizenship ........
(Legal name followed by pseudonym if latter appears on the copies) ........ (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ........ Author of ........
(State which; words, music, arrangement, etc.)

**4. (a) Date of Publication:**

........ (Month) ... (Day) ... (Year)

**(b) Place of Publication:**

........ (Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration .................. Registration number ..................

Was work previously published? Yes ..... No ..... Date of publication .................. Registration number .................

Is there any substantial **NEW MATTER** in this version? Yes ...... No ...... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

Exhibit B

**Lil Wayne**
**Playing With Fire**

*[ Intro ]*
So you've got so ma-ny diamonds,
You wear all the finest clothes,
And your grill is shining
As you're driving down the streets of gold,
But you can't, blame, me if I set this stage on fire

*[ Verse 1: ]*
Mama always told me I was crazy,
My hoes say I'm amazing,
But I don't listen to a lady,
But the bitch say I'm hot,
And I say no bitch I'm blazin,
Like what the fuck do you expect,
I'm muthafuckin cajun
I feel caged in my mind, it's like my flow doing time,
I goes crazy inside, but when it comes out it's fine
Like wine, wait, watch, see I get better with time like a watch,
Osh-Ba-Gosh Posh Spice husband couldn't kick it like I kick it,
Bitch, I kicks it,
No cereal like a land and I sticks it
Whatever she asks me, after she licks it
That's too explicit,
Well why you listening,
(sniff) I smell smoke, is something sizzlin?
That's her pussy,
So hey pussy play with pussy, or play pussy.

*[ Hook ]*
But you cant, blame, me if I set this stage on fire

*[ Verse 2: ]*
They say ya nobody till somebody kills you
Well where I'm from ya nobody till you kill somebody
And you know what they say, when your great,
It's not murder, it's assassinate
So assassinate me bitch!
'Cause I'm doing the same shit Martin Luther King did,
Checkin in the same hotel, and the same suite bitch,
Same balcony like, "ASSASSINATE ME BITCH!!"
Slim toche, I don't rap, I film movies
Hear my rap, you can call me Mr. directors' chair,

yeah, and that's a wrap.
Cut on to the next, not the next scene, bitch the next check.
Some say that X makes the sex spect,
So play with the pussy or play pussy.

*[ Intro ]*
Hey pussy, hey pussy, get em.

*[ Verse 3: ]*
Straight off the corner of apple and eagle,
Brave heart bitch like the times are medieval
Married to the game divorced the cathedral,
standing on the corner selling porcelain to people.
Forced into evil, it's all in ya head,
it's all so cerebral, call me Knievel,
You follow and I'll lead you, straight to the needle,
the bottles, the battles, the beetles will eat you,
Mama named 'Cita, I love you 'Cita,
Remember when your pussy second husband tried to beat ya
Remember when I went into the kitchen got the cleaver,
He ain't give a fuck, I ain't give a fuck neither,
He could see the devil, see the devil in my features,
You can smell it ether,
You could see 'Cita,
You could see the 'Cita
See the 'Cita in my features,
Cause she don't play neither

*[ Hook ]*

Exhibit C

**Michael B. Kramer**

| | |
|---|---|
| **From:** | Alisa Coleman [acoleman@abkco.com] |
| **Sent:** | Monday, February 11, 2008 2:41 PM |
| **To:** | hudgins22@gmail.com |
| **Cc:** | Dag Sandsmark (dsandsmark@emimusicpub.com); Iris W. Keitel |
| **Subject:** | FW: "Don't Play" Rollingstone's Sample Clearance |
| **Attachments:** | STREETSSAMPLECLEARANCE.mp3 |

Dear Carlos:

We do not wish to approve this sample: therefore, no use may be made of the composition and the derivative work.

Please confirm by return e-mail that no use will be made.

Best regards,

*Alisa Coleman*
Vice President
ABKCO Music & Records, Inc.
1700 Broadway, New York, NY 10019
Direct Dial: 212/399-0309
Cell: 201/704-5977
Direct Fax: 212/849-9109
alisa@abkco.com
www.abkco.com

---

**From:** Carlos Hudgins [mailto:hudgins22@gmail.com]
**Sent:** Monday, February 11, 2008 2:26 PM
**To:** Alisa Coleman; Iris W. Keitel
**Subject:** "Don't Play" Rollingstone's Sample Clearance

Alisa & Iris,

Here's the album version of "Don't Play" per ABKCO's request in consideration for sample clearance for Cash Money/Universal artist Lil Wayne.

Note: Streetrunner has tagged this version of the song due to the high risk of leaked Lil Wayne records, please inform us as soon as possible if any problems.

Thanks
--
-Los
EMI Music Publishing Urban
"Inspired by Determination"

7/21/2008

Exhibit D

# BONUS SONGS

## FEAT. BOBBY VALENTINO

(D. Carter, D. Harrison, R. Wilson)

Young Money Publishing Inc./Warner-Chappell Music (BMI),
Three Nails And A Crown Publishing (ASCAP), Tight Werk Music (BMI)
Produced by Darius "Deezle" Harrison
Recorded by Darius "Deezle" Harrison @ CMR Miami, FL
Assistant: Miguel Bermudez and Edward Lido
Mixed by Fabian Marasciullo @ Hit Factory Criteria, Miami, FL
Mix Assistant: Miguel Bermudez and Edward Lido
Digital Editing: Joshua Berkman

(D. Carter, K. West)

Young Money Publishing Inc./Warner-Chappell Music (BMI),
Please Gimme My Publishing Inc./EMI Blackwood (BMI)
Produced by Kanye West for Very Good Beats/Hip Hop Since 1978
Recorded by Darius "Deezle" Harrison @ CMR Miami, FL
Assistant: Miguel Bermudez and Edward Lido
Mixed by Andrew Dawson @ Record Plant, LA
Digital Editing: Joshua Berkman

## FEAT. BETTY WRIGHT

(D. Carter, N. Warwar, J. Desrouleaux)

Young Money Publishing Inc./Warner-Chappell Music (BMI),
Run The Streets Music (ASCAP), Jason Derulo (BMI)
Produced by STREETRUNNER for High Capacity Management
Recorded by Darius "Deezle" Harrison @ CMR Miami, FL
Assistant: Miguel Bermudez and Edward Lido
Mixed by Fabian Marasciullo @ Hit Factory Criteria, Miami, FL
Mix Assistant: Miguel Bermudez and Edward Lido
Digital Editing: Joshua Berkman
Additional Keyboards: Infamous
Additional Vocals: Betty Wright
Guitars: Infamous
Additional Vocals Recorded and Produced by: Angelo Morris and Betty Wright

All songs mastered by Vlado Meller at Universal Mastering Studios, NYC

0011033-02 IN02

THA CARTER III WAYNE

universalmotown

Exhibit E

Chicago Sun Times

**June** 22, 2008 Sunday
Final Edition

# Lil Wayne's lazy daze

**BYLINE:** Sun-Times News Group

**SECTION:** SHOW; Pg. D2

**LENGTH:** 459 words

Lil Wayne, "Tha Carter III" (Cash Money) **œ

Midway through his sixth official album -- already well on its way to meeting industry expectations as the bestselling release of 2008 and widely hailed by critics as a classic, thanks to early leaks and mix-tape previews -- the former Dwayne Michael Carter employs his trademark vocodered/electronically altered vocals in a song called "Phone Home," croaking, "We are not the same/I am a Martian.... They don't make 'em like me no more/Matter fact, they never made it like me before."

The wildly inventive black artist as cosmically inspired extra-terrestrial routine is one with a noble history, encompassing talents as diverse as Sun Ra and George Clinton. But Weezy, as the laconic, singsong New Orleans rapper is also justifiably known, works way too hard to hone his eccentric image on "Tha Carter III" -- as opposed to his prolific flood of Internet product, which is much loved for its off-the-cuff freestyle charms -- and it's hard to accept that any bona fide alien would have caved so quickly to his record company's demands that this big bid for crossover superstardom had something for every demographic imaginable, violence-loving gangstas to hook-crazed teenyboppers and Robin Thicke-adoring soccer moms to ADD-suffering indie hipsters.

As scattered and unfocused as this collection is, there's no denying that several tracks midway through are almost strong enough to justify the hype, chief among them the two musically inventive, lyrically inspired jams crafted by Kanye West, "Comfortable" and "Let the Beat Build." But other tracks that are fun lyrically are dragged down by lazy musical backings ("Dr. Carter," where Weezy's operating-room spoof suffers from producer Swizz Beat's lazy lift of a straight David Axelrod riff) or vice-versa. ("Playing with Fife," Streetrunner's re-invention of the **Rolling Stones'** "Play With Fire" in collaboration with old-school soul singer Betty Wright, is wasted on a Lil Wayne lyric that seems to have been devoted to being as inanely sexist as possible.)

Ah, yes: inane sexism. That, of course, brings us to "Lollipop," the record-breaking, chart-topping single destined to be the summer soundtrack of 2008. Musically irresistible, it's not that the track is thematically reprehensible; some of the greatest hits in pop history have paid subtly veiled homage to oral sex, "Please Please Me," "Sugar, Sugar" and the B-52s' "Roam" among them. It's just that Lil Wayne is irredeemably lazy, mired in what New York Times critic Jon Pareles called the single entendre (why trouble with two when one will do?) and,

like much of the album, falling frustratingly short of what could and should have been a career climax. Even a sucker deserves better.

Jim DeRogatis


**SUBJECT:** MUSIC INDUSTRY (89%); RECORD INDUSTRY (78%); RECORD PRODUCTION & DISTRIBUTION (78%); ARTISTS & PERFORMERS (76%); HIP HOP CULTURE (76%); RAP MUSIC (76%)

**LOAD-DATE:** June 22, 2008

**LANGUAGE:** ENGLISH

**GRAPHIC:**
Photo: L'il Wayne ;
Photo: Lil Wayne ;

**DOCUMENT-TYPE:** Review

**PUBLICATION-TYPE:** Newspaper


Copyright 2008 Chicago Sun-Times, Inc.

## Donato Music Services, Inc.

74 Malvern Road, Scarsdale, NY 10583-4844
Telephone (914) 723-8385 • Fax (914) 472-4072
Anthony Ricigliano • Laurie Adamo • Musicologists
EMail: donatomu@optonline.net

June 30, 2008

ABKCO Music Inc.
1700 Broadway
New York, NY 10019
ATTN. Alisa Coleman, Vice President Music

Dear Ms. Coleman:

I listened to and reviewed the following materials:

a)  sound recording of the composition *Play With Fire* by Nanker Phelge performed by The Rolling Stones,

b)  a sound recording labeled STREET SAMPLE CLEARANCE containing an arrangement of the Nanker Phelge composition *Play With Fire* performed by Lil Wayne & Betty Wright (submitted to ABKCO for "clearance")

c)  a commercially released recording of a composition titled *Playing With Fire* performed by Lil Wayne & Betty Wright.

d)  musical transcriptions of the relevant portions of each composition prepared by Donato Music and a copy of the published sheet music of *Play With Fire* ©1965 by Abkco Music, Inc..

**Conclusion**

After listening to, comparing and analyzing the music and lyric content of these materials, I determined that the Lil Wayne & Betty Wright *Playing With Fire* sound recording contains significant similarities in music and lyrics to the composition *Play With Fire* by Nanker Phelge. The unique combination of similar elements in these two compositions is so striking it indicates that *Playing With Fire* was based upon the composition *Play With Fire*. Furthermore, these similarities are so obvious and blatant that anyone familiar with *Play With Fire* will immediately recognize that *Playing With Fire* was derived from the original composition by Nanker Phelge.

**Music/Lyric Analysis**

For the brief analysis below *Play With Fire* by Nanker Phelge will be referred to as *Play* and *Playing With Fire* by Lil Wayne & Betty Wright as *Playing*.

The following list of similarities between *Playing* and *Play* illustrate the obvious relationship between these works.

1. All sound recordings and the original sheet music are in the key of E minor.
2. All maintain the tonic E minor chord throughout the first section of the composition.
3. The opening lyric phrases contain the same references.
   *Play:*
   "Well you've got your diamonds and you've got your pretty clothes"
   *Playing:*
   "So you've got so many diamonds you wear all the finest clothes"

4. After the initial eight bar verse section both works make use of a music/lyric climatic closing phrase that contains significant similarities. For comparison *Playing* is placed below *Play*. Observe that the first five notes at this climatic point are essentially the same in pitch (E-E-G-A) and rhythm. Furthermore, the words, "me" and "fire" are placed in the same position within this musical phrase.



While the tempo of *Playing* is significantly slower than the original *Play* recording, both begin by basically maintaining an eighth note feel and momentum. Also, the number of similarities between *Playing with Fire* and the Nanker Phelge composition represents the copying of substantial music and lyric elements.

Finally, since an earlier version of *Playing* was submitted for "clearance," it reinforces the conclusion that the similarities listed above were copied from *Play*. Because *Playing* represents a derivative work a clear and powerful basis for a claim of copyright infringement exists; most assuredly, the composition *Playing With Fire* infringes the copyright of *Play With Fire*.

If you have any questions or require a more detailed report, please don't hesitate to contact me.

Sincerely,

Anthony Ricigliano
Musicologist

2

*Index No:*                                              *Year **2008***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

====================================================================

ABKCO MUSIC INC.,

                                        Plaintiff,

                -against-


DWAYNE MICHAEL CARTER, JR. p/k/a  LIL WAYNE, NICHOLAS MARK WARWAR p/k/a
STREETRUNNER, JASON  DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN
REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING
INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI
MUSIC PUBLISHING,

                        Defendants.

====================================================================

## COMPLAINT

====================================================================

### MICHAEL B. KRAMER & ASSOCIATES

*Attorneys for* Plaintiff
150 EAST 58TH STREET
SUITE 1201
NEW YORK, NEW YORK  10155
(212) 319-0304

====================================================================

*To:*
*Attorney(s) for*

*Service of a copy of the within*                                *is hereby admitted.*


*Dated:*

                                *Attorney(s) for*

====================================================================

PLEASE TAKE NOTICE

☐          *that the within is a (certified) true copy of a*
            *entered in the office of the clerk of the within named Court on*

NOTICE OF ENTRY


☐          *that an Order of which the within is a true copy will be presented for settlement to the Hon.*

            *one of the judges of the within named Court,*
NOTICE OF SETTLEMENT    *at*
            *on*                              *20*        *, at*                *M.*

*Dated:*

                                **MICHAEL B. KRAMER & ASSOCIATES**
                                *Attorneys for* Plaintiff
                                150 EAST 58TH STREET
                                SUITE 1201
                                NEW YORK, NEW YORK  10155
                                (212) 319-0304


G:\MBKA\LITBACKS\abkco.v.lil.wayne.doc