Michael B. Kramer [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABKCO MUSIC, INC.,

                    Plaintiff,

    -against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

                    Defendants.
-----------------------------------------------------------X

Case No.: 08 CV 6573 BMB

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ABKCO MUSIC, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties and/or subsidiaries of said parties, which are publicly held:

NONE

Dated: July 23, 2008
      New York, New York

                                      Michael B. Kramer [MK 7071]
                                      MICHAEL B. KRAMER & ASSOCIATES
                                      150 East 58th Street, Suite 1201
                                      New York, New York 10155
                                      (212) 319-0304

Index No:  08 CV 6573 RMB    Year 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================================================================

ABKCO MUSIC INC.,

                              Plaintiff,

        -against-

DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING,

                              Defendants.
===============================================================================

## RULE 7.1 STATEMENT

**MICHAEL B. KRAMER & ASSOCIATES**
*Attorneys for* Plaintiff
150 EAST 58TH STREET
SUITE 1201
NEW YORK, NEW YORK 10155
(212) 319-0304
===============================================================================

To:
*Attorney(s) for*
===============================================================================

*Service of a copy of the within*

                                                                   *is hereby admitted.*

*Dated:*

                                   *Attorney(s) for*
===============================================================================

PLEASE TAKE NOTICE

☐     that the within is a (certified) true copy of a
       entered in the office of the clerk of the within named Court on

NOTICE OF ENTRY

☐     that an Order of which the within is a true copy will be presented for settlement to the Hon.
       one of the judges of the within named Court,

NOTICE OF SETTLEMENT   at
                               on                                   20    , at          M.

*Dated:*

                                                          **MICHAEL B. KRAMER & ASSOCIATES**
                                                          *Attorneys for* Plaintiff
                                                          150 EAST 58TH STREET
                                                          SUITE 1201
                                                       NEW YORK, NEW YORK 10155
                                                          (212) 319-0304

G:\MBKA\LITBACKS\abkco.v.lil.wayne.doc