Michael B. Kramer [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABKCO MUSIC, INC.,

                Plaintiff,

-against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

                Defendants.
------------------------------------------------------------X

Case No.: 08 CV 6573 (RMB)

**ORDER TO SHOW CAUSE**

     Upon the annexed affidavit of JODY H. KLEIN, sworn to on the 23 day of July 2008, the affidavit of ANTHONY RICIGLIANO, sworn to on the 23 day of July 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, the Summons and Complaint, and all proceedings heretofore had herein, *after a conference w/:*

     LET DEFENDANTS show cause before the Hon. Richard Berman, United States District Judge, United States District Court for the Southern District of New York, located at 500

G:\MBKA\ABKCO\Lil Wayne\motions\rule 65\OSC.doc

Pearl Street, New York, New York, Courtroom **31**, on ~~August~~ **July** **1**, 2008 **@ 2:30 PM**, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure and the Court's inherent and equitable powers, during the pendency of this action:

(a)  Enjoining and prohibiting the Defendants, their officers, agents, servants, employees and attorneys and all persons in active concert and participation with them from further use of any portion, or the music and lyrics, in any media, of the musical composition entitled "Play With Fire" (the "Composition"), written by the original members of the Rolling Stones, Michael Phillip ("Mick") Jagger, Keith Richards, Bill Wyman, Brian Jones, and Charlie Watts, using the nom de plum / d/b/a Nanker Phelge, including but not limited to, manufacturing, copying, distributing (via traditional retail channels or digital means and methods) and commercially exploiting the phonorecord entitled "Tha Carter III" (the "Infringing Album") performed, in whole or in part, by the artist known as "Lil Wayne" which contains a musical composition entitled "Playing With Fire" (the "Infringing Work");

(b)  Recalling for destruction all copies of the Infringing Album containing the Infringing Work;

(c)  Awarding to the Plaintiff costs, attorneys' fees and such other and further relief as this Court may deem just and proper; and,

**IT IS FURTHER ORDERED**, that good and sufficient service of this Order to Show Cause and other papers on which it is based shall be made **personally**, via hand delivery ~~or Federal Express overnight delivery~~, to be received on or before July **29**, 2008 at 5:00 pm on all Defendants; and;

**IT IS FURTHER ORDERED**, that answering papers, if any, shall be served upon Plaintiff's counsel, by hand delivery to Michael B. Kramer & Associates, 150 East 58th Street, Suite 1201, New York, New York 10155, on or before August __*__, 2008 at 5:00 pm; and,

*\* to be determined*

**IT IS FURTHER ORDERED,** that reply papers, if any, shall be filed with the Court and served upon Defendants counsel by hand delivery, to be received on or before August __*, 2008 at 5:00 pm. *To be determined

_____
RMB
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      July 29 2008

ISSUED: 2:55 P.M.

Parties to negotiate settlement in good faith prior to the Conference

G:\MBKA\ABKCO\Lil Wayne\motions\rule 65\OSC.doc