Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ABKCO MUSIC, INC.,                      Case No.: 08 CV 6573

                      Plaintiff,        **RETURN OF SERVICE**

     -against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

                Defendants.
--------------------------------------------------------X

     MORGAN E. DOWNER being duly sworn deposes and says:


     I am not a party to the within action and I am over 18 years of age.  On July 25,

2008, I personally served, in hand, on behalf of Defendant, Warner/Chappell Music, Inc., the

following documents: Civil Cover Sheet, Rule 7.1 Statement, Summons, Complaint, Judge's

Rules and Practices.  (Please see Admission of Service attached hereto).


Dated: New York, New York
      July 25, 2008

                                            _____
                                            MORGAN E. DOWNER

Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., | Case No.: 08 CV 6573 |
| Plaintiff, | **ADMISSION OF SERVICE** |
| -against- | |

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

                         Defendants.
--------------------------------------------------------X

        PLEASE TAKE NOTICE that on July 25, 2008, this office accepted service, in

hand, on behalf of Defendants, Warner-Tamerlane Publishing Corp. and Warner/Chappel Music,

Inc., the following documents: Civil Cover Sheet, Rule 7.1 Statement, Summons,

admission.of.service.3

Complaint, Judge's Rules and Practices, Order to Show Cause and Plaintiff's Memorandum of

Law.

Dated: New York, New York
       July 25, 2008

Mark Robinson
Attorney for Defendants
Warner-Tamerlane Publishing Corp.
Warner/Chappell Music, Inc.

By: _____

75 Rockefeller Plaza, 30th Floor
New York, New York 10019

admission.of.service.3