Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., | Case No.: 08 CV 6573 |
| Plaintiff, | **Return of Service** |
| -against- | |
| DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING, | |
| Defendants. | |

------------------------------------------------------------X

MORGAN E. DOWNER being duly sworn deposes and says:

I am not a party to the within action and I am over 18 years of age.  On July 28, 2008, I personally served, in hand, on behalf of Defendant, CASH MONEY RECORDS, INC. ("Defendant"), the following documents: Civil Cover Sheet, Rule 7.1 Statement, Summons, Complaint, Judge's Rules and Practices, upon Mikhail Anderson, a security guard in the lobby of

the building containing the address, as he refused to let me further into the building, who is described as follows:

> Sex: Male
> Height: unknown (seated)
> Weight: 260 lbs
> Age: 28
> Color of Skin: Black
> Color of Hair: Black (buzzed short)
> Color of Eyes: Brown

I then proceeded, as directed by the unknown person who spoke to Mr. Anderson prior to his refusal to let me proceed, to CT Corp., where I served the Defendant c/o its parent company Universal Music Group Recordings, Inc. by leaving service with Paula Cash, Senior Process Specialist, who is described as follows:

> Sex: Female
> Height: 5'0"
> Weight: 115 lbs
> Age: 57
> Color of Skin: White
> Color of Hair: Frosted Blond
> Color of Eyes: Brown with glasses

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service is true and correct.

Dated: July 28, 2008

_____
MORGAN E. DOWNER