Michael B. Kramer [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ABKCO MUSIC, INC.,                                          Case No.: 08 CV 6573

                      Plaintiff,          **RETURN OF SERVICE**

   -against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

                      Defendants.
----------------------------------------------------------X

       MORGAN E. DOWNER being duly sworn deposes and says:

       I am not a party to the within action and I am over 18 years of age. On July 29, 2008, I personally served, in hand, on behalf of Defendant, EMI Music Publishing, the following documents: Civil Cover Sheet, Rule 7.1 Statement, Summons, Complaint, Judge's Rules and

Practices. (Please see attached Admission of Service).

Dated: July 29, 2008

_____
MORGAN E. DOWNER

Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., | Case No.: 08 CV 6573 |
| Plaintiff, | **ADMISSION OF SERVICE** |
| -against- | |
| DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING, | |
| Defendants. | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that on July 29, 2008, this office accepted service, in hand, on behalf of Defendant, EMI Music Publishing, the following documents: Civil Cover Sheet, Rule 7.1 Statement, Summons,

Complaint, Judge's Rules and Practices.

Dated: New York, New York
July 29, 2008

By: _____
STEVEN DALLAS