Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ABKCO MUSIC, INC.,                                          Case No.: 08 CV 6573

               Plaintiff,            **Return of Service**

  -against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

               Defendants.
---------------------------------------------------------X


      MORGAN E. DOWNER being duly sworn deposes and says:

      I am not a party to the within action and I am over 18 years of age.  On July 25, 2008, I personally served, in hand, on behalf of Defendant, Universal Motown Republic Group, the following documents: Civil Cover Sheet, Rule 7.1 Statement, Summons, Complaint, Judge's Rules and Practices, upon Aixa Flores of CT Corp., a Process Specialist who is described as

follows:

        Sex: Female
        Height: 5′2
        Weight: 127 lbs
        Age: 47
        Color of Skin: Brown
        Color of Hair: Dark Brown
        Ms. Flores wore glasses.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service is true and correct.

Dated: July 25, 2008

                                                      MORGAN E. DOWNER