Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., | Case No.: 08 CV 6573 |
| Plaintiff, | **Return of Service** |
| -against- | |
| DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING, | |
| Defendants. | |

-------------------------------------------------------X

MORGAN E. DOWNER being duly sworn deposes and says:

I am not a party to the within action and I am over 18 years of age.  On July 25, 2008, I personally served, in hand, on behalf of Defendant Universal Music Group Recordings, Inc., the following documents: Order to Show Cause and Plaintiff's Memorandum of Law in Support of Motion, upon Aixa Flores of CT Corp., a Process Specialist who is described as

follows:

    Sex: Female
    Height: 5´2
    Weight: 127 lbs
    Age: 47
    Color of Skin: Brown
    Color of Hair: Dark Brown
    Ms. Flores wore glasses.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service is true and correct.

Dated: July 25, 2008

                                                           MORGAN E. DOWNER