AFFIDAVIT OF SERVICE

FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: 08 CV 6573 (RMB)

Plaintiff:
ABKCO MUSIC, INC

Vs.

Defendants:
DWAYNE MICHAEL CARTER, Jr., et al

Received by Mark James on July 29, 2008 at 10:30 a.m. in the State of Florida and within Miami-Dade County to be served upon *Defendant Nicholas Mark Warwar PIKIA Streetrunner* located at 5180 SW 41st Street, #310, Pembroke, Florida 33023

I, Mark James, being duly sworn, depose and say that on the 29th Day of July 2008 at 8:03 p.m. SERVED this *Order to Show Cause, Civil Coversheet, Rule 7.1, Statement of Plaintiff's Memorandum of Law in Support of Motion Pursuant to Rule 65 of the Federal Rules of Civil Procedure for Preliminary Injunctive Relief, Summons in a Civil Action, Complaint, and Judge's Rule and Practice* in the manner stated below.

**PERSONAL IN-HAND SERVICE:** Placing said documents into the hands of Mr. Nicholas Mark Warwar made service. Mr. Warwar voluntarily identified himself and willing accepted this service. Service was made at the designated usual place of abode address.

Mr. Nicholas Warwar is approximately described as: Male, Brown Skin, 6'1" Tall, Dark Eyes, Dark Hair, 170 lbs.

Mr. Warwar stated he is not active in the United States Military.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 30th Day Of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

MARK JAMES
CERTIFIED PROCESS SERVER
COURT LICENSE NUMBER 1307
MIAMI-DADE COUNTY, FLORIDA

SAV-ON PROCESS SERVICE, INC.
401 Broadway, Suite 1201
New York, New York 10013
Work Order # 00030624