Michael B. Kramer  [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ABKCO MUSIC, INC.,                                Case No.: 08 CV 6573

                           Plaintiff,        **Return of Service**

       -against-

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON
DESROULEUX, CASH MONEY RECORDS,
INC., UNIVERSAL MOTOWN REPUBLIC
GROUP, UNIVERSAL MUSIC GROUP
RECORDINGS, INC., YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL
MUSIC, INC., and EMI MUSIC PUBLISHING,

                        Defendants.
--------------------------------------------------------X


MORGAN E. DOWNER being duly sworn deposes and says:

I am not a party to the within action and I am over 18 years of age.  On July 28,

2008, I personally served, in hand, on behalf of Defendant, CASH MONEY RECORDS,

INC. ("Defendant"), the following documents: Order to Show Cause and Plaintiff's

Memorandum of Law in Support of Motion, upon Mikhail Anderson, a security guard in the

lobby of the building containing the address, as he refused to let me further into the building,

who is described as follows:

> Sex: Male
> Height: unknown (seated)
> Weight: 260 lbs
> Age: 28
> Color of Skin: Black
> Color of Hair: Black (buzzed short)
> Color of Eyes: Brown

I then proceeded, as directed by the unknown person who spoke to Mr. Anderson

prior to his refusal to let me proceed, to CT Corp., where I served the Defendant c/o its parent

company Universal Music Group Recordings, Inc. by leaving service with Paula Cash, Senior

Process Specialist, who is described as follows:

> Sex: Female
> Height: 5'0''
> Weight: 115 lbs
> Age: 57
> Color of Skin: White
> Color of Hair: Frosted Blond
> Color of Eyes: Brown with glasses

I declare under penalty of perjury under the laws of the United States of America

that the foregoing information contained in the Return and Statement of Service is true and

correct.

Dated: July 28, 2008

MORGAN E. DOWNER

G:\MBKA\ABKCO\Lil Wayne\return of service Cash Money.osc&memo.rtf