Michael B. Kramer [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., | Case No.: 08 CV 6573 |
| Plaintiff, | **RETURN OF SERVICE** |
| -against- | |
| DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING, | |
| Defendants. | |

------------------------------------------------------------X

MORGAN E. DOWNER being duly sworn deposes and says:

I am not a party to the within action and I am over 18 years of age. On July 29, 2008, I personally served, in hand, on behalf of Defendant, EMI Music Publishing, the following documents: Order to Show Cause and Plaintiff's Memorandum of Law in Support of

G:\MBKA\ABKCO\Lil Wayne\return.of.service.EMI.osc&memo.rtf

Motion. (Please see attached Admission of Service).

Dated: July 29, 2008

                                                       _____
                                                       MORGAN E. DOWNER

G:\MBKA\ABKCO\Lil Wayne\return.of.service.EMI.osc&memo.rtf

Michael B. Kramer [MK 7071]
Rubin J. Ginsberg [RJ 8978]
Morgan E. Downer [MD 3575]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Plaintiff*
*ABKCO MUSIC, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., | Case No.: 08 CV 6573 |
| Plaintiff, | **ADMISSION OF SERVICE** |
| -against- | |
| DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING, | |
| Defendants. | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that on July 29, 2008, this office accepted service, in hand, on behalf of Defendant, EMI Music Publishing, the following documents: Order to Show Cause and Plaintiff's Memorandum of Law in Support of Motion.

Dated: New York, New York
July 29, 2008

By: _____
STEVEN DALLAS

G:\MBKA\ABKCO\Lil Wayne\admission.of.service.EMI.osc&memo.rtf