USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

Berman, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC, INC., <br><br>Plaintiff, <br><br>v. <br><br>DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE, NICHOLAS MARK WARWAR p/k/a STREETRUNNER, JASON DESROULEUX, CASH MONEY RECORDS, INC., UNIVERSAL MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC GROUP RECORDINGS, INC., YOUNG MONEY PUBLISHING INC., WARNER-TAMERLANE PUBLISHING CORP., WARNER/CHAPPELL MUSIC, INC., and EMI MUSIC PUBLISHING, <br><br>Defendants. | CASE NO. 08 CV 6573 (BMB) <br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiff ABKCO Music, Inc. and counsel for defendant EMI Music Publishing ("EMI"), that the time of EMI to move, answer or otherwise respond to the complaint in the above-referenced action is hereby extended from August 15, 2008 to and including September 15, 2008.

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument.

1927439.1

DATED:   New York, New York
         August 12, 2008

MITCHELL SILBERBERG & KNUPP LLP            MICHAEL B. KRAMER & ASSOCIATES

By: /s/ Jane G. Stevens                     By: /s/
Jane G. Stevens                             Michael B. Kramer
12 East 49th Street, 30th Floor             150 East 58th Street, Suite 1201
New York, New York 10017-1028               New York, New York 10022
Telephone: (212) 509-3900                   Telephone: (212) 319-0304
Facsimile: (212) 509-7239                   Facsimile: (212) 319-0545

*Attorneys for Defendant EMI Music          *Attorneys for Plaintiff ABKCO Music, Inc.*
Publishing*

SO ORDERED:

/s/ Richard M. Berman
8/18/08

2

1927439.1