UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABKCO MUSIC, INC.,

               Plaintiff,

- against -

DWAYNE MICHAEL CARTER, JR. p/k/a
LIL WAYNE, NICHOLAS MARK WARWAR
p/k/a STREETRUNNER, JASON DESROULEUX
CASH MONEY RECORDS, INC., UNIVERSAL,
MOTOWN REPUBLIC GROUP, UNIVERSAL MUSIC
GROUP RECORDINGS, INC. YOUNG MONEY
PUBLISHING INC., WARNER-TAMERLANE
PUBLISHING CORP., WARNER/CHAPPELL MUSIC,
INC., and EMI MUSIC PUBLISHING,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

Case No.: 08-CV-6573 (RMB)

**AMENDED**
**STIPULATION AND ORDER**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the time within which defendants Dwayne Michael Carter, Jr. p/k/a Lil Wayne, Cash Money Records, Inc., Universal Motown Republic Group and UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group Recordings, Inc.) may answer, move or otherwise respond to the Complaint in this action is extended through and including ~~Tuesday,~~ September ~~9~~ **15**, 2008.

      **IT IS FURTHER STIPULATED** that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
       August 13, 2008

RMB

19677.1

MICHAEL B. KRAMER & ASSOCIATES

By: ̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶
  Michael B. Kramer, Esq.
  Rubin J. Ginsberg, Esq.
  Morgan E. Downer, Esq.
150 East 58th Street
New York, New York  10155
(212) 319-0304

*Attorneys for Plaintiff ABKCO Music, Inc.*

JENNER & BLOCK LLP

By: /s/ Andrew H. Bart
  Andrew H. Bart, Esq.
  Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York  10022
(212) 891-1600

*Attorneys for Defendants Dwayne Michael Carter, Jr. p/k/a Lil Wayne, Cash Money Records, Inc., Universal Motown Republic Group and UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group Recordings, Inc.)*

SO ORDERED **AS AMENDED:**

/s/ Richard M. Berman
8/18/08

2

19677.1